IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JARRIEL MOORE, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:12CV00084 SWW |
| | * | |
| WALK WITH ME COMMUNITY | * | |
| IMPROVEMENT CENTER, ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

Upon plaintiffs' motion for voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1), the Court grants the motion [docket entry 3]. The above-entitled action is hereby dismissed without prejudice.

IT IS SO ORDERED this 13th day of March, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE